# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

The Trustees of Princeton University

*Plaintiff*

v.

Department of Education

*Defendant*

Civil Action No. 24-cv-1475

## SUMMONS IN A CIVIL ACTION

To:      *(Defendant's name and address)*

Civil Process Clerk
United States Attorney for the District of Columbia
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel W. Wolff
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 5/20/2024

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

Civil Action No.  24-cv-1475

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      United States Attorney for the District of Columbia

was received by me on *(date)*      May 20, 2024      .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Sent by certified mail pursuant to FRCP 4(i). Delivered on May 23, 2024      .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      May 23, 2024

/s/ Daniel W. Wolff
*Server's signature*

Daniel W. Wolff
*Printed name and title*

Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004

601 D Street, NW
Washington, DC 20530



U.S. Postal Service ™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Civil Process Clerk, U.S. Atty for DC
Street and Apt. No., or PO Box No.  601 D Street, NW
City, State, ZIP+4®  Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark
Here

B. Hutter

7016 1970 0000 4049 4118
7016 1970 0000 4049 4118



quadient
PRIORITY MAIL
IMI
$018.40 ℠
05/21/2024 ZIP 20004
043M31236676

US POSTAGE

Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004

Civil Process Clerk
United States Attorney for the District of Columbia
601 D Street, NW
Washington, DC 20530



quadient
PRIORITY MAIL
IMI
$018.40 º
05/21/2024 ZIP 20004
043M31238676

US POSTAGE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney for the District of
Columbia
601 D Street, NW
Washington, DC 20530

9590 9402 4845 9032 7500 07

2. Article Number (Transfer from service label)

7016 1970 0000 4049 4118

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70161970000040494118

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 5:37 am on May 23, 2024 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

● **Delivered**
**Delivered, PO Box**

WASHINGTON, DC 20530
May 23, 2024, 5:37 am

● **Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
May 22, 2024, 10:39 am

● **Arrived at Post Office**

WASHINGTON, DC 20018
May 22, 2024, 8:52 am

● **Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 22, 2024, 6:01 am

● **Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 22, 2024, 3:48 am

● **Arrived at USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION CENTER
May 22, 2024, 2:38 am

**Departed USPS Regional Facility**

SOUTHERN MD DISTRIBUTION CENTER ANNEX
May 22, 2024, 2:16 am

**Arrived at USPS Regional Facility**

SOUTHERN MD DISTRIBUTION CENTER ANNEX
May 22, 2024, 12:18 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                          ⌄

---

**USPS Tracking Plus®**                                           ⌄

---

**Product Information**                                           ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs