AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Trustees of Princeton University ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-01475-DLF |
| U.S. Department of Education ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trustees of Princeton University.

Date:   08/05/2024

/s/ Shennie Patel
*Attorney's signature*

Shennie Patel #462600
*Printed name and bar number*
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004

*Address*

spatel@crowell.com
*E-mail address*

(202) 624-2500
*Telephone number*

(202) 628-5116
*FAX number*