UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>      Defendant. | Civil Action No. 24-1475 (DLF) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's Minute Order of September 19, 2024.

1. Plaintiff filed this suit on May 17, 2024, pursuant to the Freedom of Information Act ("FOIA"), seeking to compel the production of records responsive to a December 8, 2022, FOIA request. Plaintiff served the United States Attorney's Office on or about May 23, 2024. Defendant answered the Complaint on July 9, 2024.

2. Plaintiff also filed a motion for summary judgment concurrently with its Complaint; briefing on that motion has now been stayed at the joint motion of the Parties, as granted by this Court on July 1, 2024.

3. As previously reported, Defendant has completed its initial searches for documents potentially responsive to the FOIA request.

4. Defendant produced all responsive records, subject to appropriate withholdings, on August 5, 2024.

5. The Parties have since engaged in negotiations regarding the withholdings in the production, and Defendant has produced a modified set of responsive records in light of those

negotiations. Defendant also provided Plaintiff with a draft *Vaughn* index and is currently working to finalize a draft search declaration, with the intent of resolving any outstanding issues.

6. The Parties intend to continue to work together to address any issues that may arise after Plaintiff has had an opportunity to review the reproduced records and declarations, and the Parties intend to continue to negotiate to avoid further litigation and use of this Court's resources to the extent possible. In particular, the Parties have agreed that Plaintiff will raise any additional questions or issues with the production in a meet and confer, before the Parties proceed to briefing.

7. Accordingly, the Parties respectfully propose to file another joint status report on or before November 22, 2024, to provide this Court with an update on the status of the FOIA request and whether a briefing schedule will be necessary.

*   *   *

Dated: October 21, 2024
      Washington, DC                                    Respectfully submitted,


MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Kartik N. Venguswamy*                By: */s/ Daniel W. Wolff*
KARTIK N. VENGUSWAMY                          DANIEL W. WOLFF
D.C. Bar No. #983326                          D.C. Bar No. #486733
Assistant United States Attorney              Crowell & Moring LLP
601 D Street, NW                              1001 Pennsylvania Avenue, NW
Washington, D.C. 20530                        Washington, DC  20004
(202) 252-1790                                (202) 624-2500
kartik.venguswamy@usdoj.gov                   dwolff@crowell.com

*Counsel for the United States of America*    *Counsel for The Trustees of Princeton University*