UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>        Defendant. | Civil Action No. 24-1475 (DLF) |

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's Minute Order of February 7, 2025.

1. Plaintiff filed this suit on May 17, 2024, pursuant to the Freedom of Information Act ("FOIA"), seeking to compel the production of records responsive to a FOIA request dated December 8, 2022. Plaintiff served the United States Attorney's Office on or about May 23, 2024. Defendant answered the Complaint on July 9, 2024.

2. Plaintiff also filed a motion for summary judgment concurrently with its Complaint; briefing on that motion has now been stayed at the joint motion of the Parties, as granted by this Court on July 1, 2024.

3. As previously reported, Defendant has completed its initial searches for documents potentially responsive to the FOIA request.

4. Defendant produced all responsive records, subject to appropriate withholdings, on August 5, 2024.

5.      As previously reported, the Parties have been engaged in negotiations regarding the withholdings in the production, and they have now reached agreement with respect to Plaintiff's issues.

6.      Plaintiff has provided a fee demand. As previously reported, Defendant is considering Plaintiff's demand, and the Parties are continuing to negotiate in good faith in an effort to resolve this matter without further use of this Court's resources. The Parties anticipate that they will be able to reach agreement and dismiss this matter, and have already engaged in one meet and confer to that end.

7.      As previously reported, recent transitions and turnover have delayed Defendant's efforts to complete its consideration of Plaintiff's demand and the timeline to respond. Defendant is continuing to consider the demand and remains committed to resolving this matter; Defendant intends to respond as promptly as possible.

8.      Accordingly, the Parties respectfully propose to file another joint status report on or before April 7, 2025, if necessary, to provide this Court with an update on the status of the FOIA request.

Dated: March 7, 2025
       Washington, DC                                           Respectfully submitted,

EDWARD R. MARTIN, JR.
D.C. Bar No. 481886
United States Attorney

By: */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for the United States of America*

By: */s/ Daniel W. Wolff*
DANIEL W. WOLFF
D.C. Bar No. #486733
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 624-2500
dwolff@crowell.com

*Counsel for The Trustees of Princeton University*