UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>       Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>       Defendant. | Civil Action No. 24-1475 (DLF) |

**CONSENT MOTION FOR EXTENSION OF TIME**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to file the parties' next joint status report until August 14, 2025. Plaintiff, through counsel, has graciously consented to the relief requested herein. The grounds for this motion are as follows.

Plaintiff filed this suit on May 17, 2024, and served Defendant on or about May 23, 2024. Plaintiff seeks to compel the production of records in response to their Freedom of Information Act ("FOIA") request. The parties have been working together to resolve the case through the settlement of attorneys' fees and are continuing to negotiate in good faith.

Good cause exists to grant this motion: namely, the need for undersigned to have additional time to coordinate with agency counsel, obtain settlement authority, and respond to Plaintiff's settlement demand. Additionally, recent unexpected personal travel has hindered that process, as have changes in staffing at the agency.

Defendant proposes this extension in good faith and not for the purpose of delay. As the requested relief does not affect any pending deadlines, there would be no prejudice to either

- 2 -

party and the extension would serve the interests of justice.  Plaintiff, through counsel, has consented to the extension.

WHEREFORE, Defendant respectfully requests that the deadline to file the parties' next joint status report be extended through and including August 14, 2025.  A proposed order is enclosed herewith.

Dated: August 13, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 24-1475 (DLF) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for an extension of time to file a joint status report, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including August 14, 2025, to file a joint status report.

SO ORDERED:

_____　　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　United States District Judge