UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>        Defendant. | Civil Action No. 24-1475 (DLF) |

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's Minute Order of July 30, 2025.

1. Plaintiff filed this suit on May 17, 2024, pursuant to the Freedom of Information Act ("FOIA"), seeking to compel the production of records responsive to a FOIA request dated December 8, 2022. Plaintiff served the United States Attorney's Office on or about May 23, 2024. Defendant answered the Complaint on July 9, 2024.

2. Plaintiff also filed a motion for summary judgment concurrently with its Complaint; briefing on that motion has now been stayed at the joint motion of the Parties, as granted by this Court on July 1, 2024.

3. As previously reported, Defendant has completed its initial searches for documents potentially responsive to the FOIA request.

4. Defendant produced all responsive records, subject to appropriate withholdings, on August 5, 2024.

5.      As previously reported, the Parties have been engaged in negotiations regarding the withholdings in the production, and they have now reached agreement with respect to Plaintiff's issues.

6.      Plaintiff has provided a fee demand. As previously reported, Defendant is considering Plaintiff's demand, and the Parties are continuing to negotiate in good faith in an effort to resolve this matter without further use of this Court's resources. The Parties anticipate that they will be able to reach agreement and dismiss this matter, and have already engaged in one meet and confer to that end.

7.      As previously reported, the ongoing transitions, turnover, and staffing changes have delayed Defendant's efforts to complete its consideration of Plaintiff's demand and the timeline to respond. Although Defendant had previously estimated providing a response prior to this report, those same staffing issues—combined with an influx of new matters—caused unexpected delays. Defendant is nevertheless committed to resolving this matter; Defendant will provide a counter to the settlement demand on or before August 28, 2025.

8.      Accordingly, the Parties respectfully propose to file another joint status report on or before September 15, 2025, if necessary, to provide this Court with an update on the status of the FOIA request.


Dated: August 14, 2025
       Washington, DC                                              Respectfully submitted,


JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kartik N. Venguswamy*                By: */s/ Daniel W. Wolff*
KARTIK N. VENGUSWAMY                    DANIEL W. WOLFF
D.C. Bar No. #983326                          D.C. Bar No. #486733
Assistant United States Attorney              Crowell & Moring LLP
601 D Street, NW                              1001 Pennsylvania Avenue, NW
Washington, D.C. 20530                        Washington, DC  20004
(202) 252-1790                                (202) 624-2500
kartik.venguswamy@usdoj.gov                   dwolff@crowell.com

*Counsel for the United States of America*    *Counsel for The Trustees of Princeton University*