UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUSTEES OF PRINCETON UNIVERSITY,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF EDUCATION,<br>*Defendant*. | Civil Action No. 24-1475 (DLF) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: February 26, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for the United States of America*

By: */s/ Daniel W. Wolff*
DANIEL W. WOLFF
D.C. Bar No. #486733
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
dwolff@crowell.com

*Counsel for The Trustees of Princeton University*